FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 16, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IDAHO EQUINE HOSPITAL, LLC, an Idaho Limited Liability Company; OUTBACK EQUINE SERVICES, LLC, an Idaho Limited Liability Company; CORE VALUE MANAGEMENT GROUP, LLC, an Idaho Limited Liability Company; CORE VALUE REAL ESTATE GROUP, LLC, an Idaho Limited Liability Company; WILLIAM MAUPIN, DVM, an individual; and PETE KNOX, DVM, an individual,<br>Plaintiffs,<br>v.<br>WASHINGTON TRUST BANK, a Washington bank corporation,<br>Defendant. | No. 2:26-CV-00208-SAB<br><br>**ORDER DENYING MOTION TO DISMISS** |

Before the Court is Defendant's Motion to Dismiss, ECF No. 7. Plaintiffs are represented by Jessica C. Batey, Katie Daniel, and William M. Hughbanks. Defendant is represented by Fred B. Burnside. The Motion was considered without

oral argument.

In a previous Order, the Court granted the joint request to exceed the page limits on Defendant's Motion to Dismiss and Plaintiffs' response. Although the Court gave both parties permission to go beyond the standard page limits, it did not give leave to waste the Court's time with arguments that are not appropriate for resolution at this stage.

The parties spend nearly three hundred pages, between briefing and exhibits, arguing over factual disputes that are unripe for resolution on a Rule 12(b)(6) Motion. Regardless of any meritorious arguments that may exist hidden within the briefing, the Court declines to sift through the pages in search of them.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Dismiss, ECF No. 7, is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 16th day of September 2026.

Stan Bastian
Chief United States District Judge